**Opinion issued January 31, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-12-01055-CV

———————————————

**KIMBERLEY ANN AUCOIN, Appellant**

**V.**

**REY JAMES GARCIA, Appellee**

---

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-72987**

---

### MEMORANDUM OPINION

Appellant, Kimberley Ann Aucoin, has neither paid the required filing fee for this appeal nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are

required by statute or Supreme Court order."), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. § 51.207 (Vernon Supp. 2011), § 51.941(a) (Vernon 2005), § 101.041 (Vernon Supp. 2011) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). On November 19, 2012, appellant was notified that this appeal was subject to dismissal if the filing fee was not paid by November 29, 2012. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case). Appellant was again notified on December 6, 2012, that this appeal was subject to dismissal for failure to pay the filing fee. After being notified a second time that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5; 42.3(c).

We dismiss the appeal for failure to pay the filing fee. We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Jennings, Bland, and Massengale.

2